O/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE NUNNERY, | Case No. CV 12-3375 JFW (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIM V. VIRGA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability and Evidentiary Hearing.

DATED: November 17, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE